AUSA: Louis F. Meizlish  Telephone: (313) 980-2682
Agent: Steven W. Young  Telephone: 716-417-6809

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Juan Carlos SOBERON-SILVA

Case: 2:25−mj−30666
Assigned To : Unassigned
Assign. Date : 10/27/2025
Description: CMP USA v Soberon−Silva (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 22 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Steven W. Young, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 27, 2025

_____
*Judge's signature*

City and state: Detroit, Michigan

Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Steven W. Young, declare the following under penalty of perjury:

1.  I am a Border Patrol agent with the U.S. Department of Homeland Security. I have been employed in this capacity since January 8, 2007. I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers, to include Border Patrol agents and records checks of law enforcement databases. I have also reviewed the official immigration file and system automated data relating to Juan Carlos SOBERON-SILVA.

2.  The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information I collected during my investigation.

3.  Juan Carlos SOBERON-SILVA is a 33-year-old native and citizen of Mexico, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected, or paroled by an immigration officer.

4.  On December 1, 2024, Border Patrol agents encountered

SOBERON-SILVA at or near Santa Teresa, N.M. Agents issued SOBERON-SILVA an expedited removal order.

5. On December 10, 2024, agents removed SOBERON-SILVA from the United States to Mexico via the El Paso, Texas, port of entry.

6. On October 22, 2025, Border Patrol agents encountered SOBERON-SILVA in or near Troy, in the Eastern District of Michigan. SOBERON-SILVA was the driver of a vehicle that was the subject of an immigration vehicle stop. SOBERON-SILVA admitted to me that he was unlawfully in the United States.

7. The aforementioned arrest and subsequent detention were administrative, non-criminal actions made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, U.S. Code, to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

8. Review of the alien file (A# xxx xxx 150) for SOBERON-SILVA, and queries in Border Patrol computer databases confirm no record exists of SOBERON-SILVA obtaining the express permission of the attorney

general or secretary of homeland security to re-enter the United States following his last departure on December 10, 2024.

9. Based on the above information, there is probable cause to conclude that Juan Carlos SOBERON-SILVA is an alien who was found in the United States after removal, in violation of 8 U.S.C. § 1326(a).

_____
Complainant's signature

Steven W. Young, Border Patrol Agent
Printed name and title

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____

Honorable Anthony P. Patti
United States Magistrate Judge

October 27, 2025